# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of . DISTRICT

Case Number: 1:21-CV-02894-FB-LB

Plaintiff:
**MARIUSZ MYSLINSKI**

vs.

Defendant:
**ARTHUR D'ANNUNZIO, JEWELRY SIGNER SHOWCASE, INC., WILLIAMS & FOSTER CONSULTING GROUP, LLC AND DAVID ROSENBLUM**

Received by STATES PROCESS SERVING CO. on the **24th day of May, 2021** at **1:48 pm** to be served on **DAVID ROSENBLUM, 7 KINGSTON TERRACE, MORGANVILLE, NJ 07751**.

I, MICHAEL WEINSHENKER, being duly sworn, depose and say that on the **29th day of May, 2021** at **1:55 pm**, I:

SUBSTITUTE SERVED this **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on LEONA ROSENBLUM as SPOUSE of the within named defendant.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: WHITE, Height: 5'7, Weight: 150, Hair: BROWN, Glasses: Y

I, the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation and being a process server in good standing.

_____
**MICHAEL WEINSHENKER**
Process Server

Subscribed and Sworn to before me on the 31st day of May, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

HOWARD APPEL
Notary Public
State of New Jersey
My Commission Expires Sep. 25, 2022

STATES PROCESS SERVING CO.
13 TAYLOR AVENUE
CORTLANDT MANOR, NY 10567
(914) 243-5817

Our Job Serial Number: SBS-2021000273
Ref: 2001645

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1w

# AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Index #: 21-cv-02894
Date Filed: May 24, 2021
Court Date: 

ATTORNEY(S) CERMELE & WOOD LLP PH: (914) 967-2753
2 WESTCHESTER PARK DRIVE SUITE 110 WHITE PLAINS, NY 10604

File No.:

MARIUSZ MYSLINSKI

vs.

*Plaintiff(s)/Petitioner(s)*

ARTHUR D'ANNUNZIO, JERWELRY DESIGNER SHOWCASE, INC., SEAN WILLIAMS, WILLIAMS & FOSTER CONSULTING GROUP, LLC and DAVID ROSENBLUM.

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF WESTCHESTER SS.:

Edward Siller, Jr., being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On June 1, 2021, deponent completed service by placing a copy of the Summons in a Civil Action and Complaint

in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" which was deposited in an official depository under the exclusive care and custody of the United States Post Office in the State of New York,

addressed to DAVID ROSENBLUM.

at 7 Kingston Terrace, Morganville, NJ 07751

This mail was sent by Certified Mail and/or RRR receipt No.

In addition, Only 1st class mailing done.

Sworn to before me on June 1, 2021

Kevin F. Waldron
Notary Public, State of New York
No. 01WA6411332
Qualified in Westchester County
Commission Expires November 16, 2024

Client's File No.:

Process Server, Please Sign
Edward Siller, Jr.
Lic#
Job #: 2001689

STATES PROCESS SERVING COMPANY, 13 TAYLOR AVENUE, CORTLANDT MANOR, NY 10567