UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIUSZ MYSLINSKI,<br><br>       *Plaintiff,*<br>  v.<br><br>ARTHUR D'ANNUNZIO, JEWELRY DESIGNER SHOWCASE, INC., SEAN WILLIAMS, WILLIAMS & FOSTER CONSULTING GROUP, LLC, and DAVID ROSENBLUM,<br><br>       *Defendants.* | Case No. 1:21-cv-02894-FB-LB<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate that this action, and all claims and counterclaims therein, be and hereby is dismissed, without prejudice, each party to bear its own costs and attorneys' fees.

CERMELE & WOOD LLP

/s/ Benjamin M. Rattner
_____
Michael R. Wood
Benjamin M. Rattner
2 Westchester Park Drive, Suite 110
White Plains, NY 10604
914-967-2753
mike@cw.legal
ben@cw.legal
*Attorneys for Plaintiff*

THE MILLER LAW OFFICES, PLC

_____
Steven J. Miller, Esq.
4000 Ponce de León Blvd., Suite 470
Coral Gables, FL 33146
305-803-5168
steve@miller-law-offices.com
*Attorneys for Defendants*